# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2024-1406
LT Case No. 2022-102101-CFDL

———————————————————

MICHAEL D. WILLIAMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Volusia County.
Randall H. Rowe, III, Judge.

Matthew J. Metz, Public Defender, and Brian Hyer, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M.
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

June 10, 2025

PER CURIAM.

    AFFIRMED. *See O'Malley v. State*, 378 So. 3d 672 (Fla. 5th DCA
2024); *see also Parks v. State*, 371 So. 3d 392, 393 (Fla. 1st DCA
2023) *review granted,* No. SC2023-1355, 2024 WL 370043 (Fla.
Jan. 31, 2024).

EDWARDS, C.J., and KILBANE and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____